UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO.2:07-0057 GEB |
| | ) | |
| MICHAEL JOHN McCORMICK | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
      ( X ) Ad Prosequendum                                           ( ) Ad Testificandum

Name of Detainee:       **MICHAEL JOHN McCORMICK**
Detained at (custodian):   MULE CREEK STATE PRISON

Detainee is:     a.)   ( ) charged in this district by:  (X) Indictment  () Information  () Complaint
       or   b.)   ( ) Detainee is to be debriefed by Federal Agents.

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings
       or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on **January 13, 2012 at 9:00 a.m., on the 13th Floor, United States Courthouse** in the Eastern District of California. Due to dental appointment for defendant, please do not transport prior to Wednesday, January 11, 2012.*

Signature:                       /s/ Matthew G. Morris
Printed Name & Phone No:   Matthew G. Morris (916) 554-2771
Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum                 ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on **January 13, 2012 at 9:00 am**, to 501 I Street, 13th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:   January 6, 2012                           /s/ Carolyn K.Delaney
                                                             United States Magistrate Judge

Please provide the following, if known:

                                                                                                      X
AKA(s) (if applicable):                                                            Male   Female
Booking or CDC #:       X - REF. NO. G24252                       DOB: 10/09/1978
Facility Address:        4001 Highway 104                               Race:
                               Ione, CA 95640                                 FBI #:
Facility Phone:          (916) 874-5417
Currently Incarcerated For:   FRAUD, AGGRAVATED ACCESS DEVICE FRAUD

### RETURN OF SERVICE

Executed on   _____               By:   _____
                                                                                                    (Signature)