1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   CASE NO. 2:07-CR-00057 GEB
                                 )
12          Plaintiff,           )
                                 )   PRELIMINARY ORDER OF
13     v.                        )   FORFEITURE
                                 )
14 MICHAEL JOHN MCCORMICK,       )
                                 )
15          Defendant.           )
   _____)

16

17      Based upon the plea agreement entered into between plaintiff

18 United States of America and defendant Michael John McCormick, it

19 is hereby ORDERED, ADJUDGED AND DECREED as follows:

20      1.  Pursuant to 18 U.S.C. § 1028(b)(5), defendant Michael

21 John McCormick's interest in the following property shall be

22 condemned and forfeited to the United States of America, to be

23 disposed of according to law:

24 4 Laptop Computers

25 Make: Unknown      Model: 5365      Serial: 96F60W00012Q54400196

26 Make: NEC          Model: LC700J/6  Serial: PC-LC700J64DH

27 Make: HP           Model: ZV6000    Serial: CND526048H

28 Make: Dell         Model: PP09.L    Serial: 010789834980344

8 Drives

```
Make: Acomdata      Model: HD160FES-72   Serial: A0842272
Make: I/O Magic     Model: N/A           Serial: N/A
Make: Seagate       Model: ST38420A      Serial: 7AZ037M7
Make: Fujitsu       Model: MHT2040AH     Serial: NP06T3B25NYP
Make: Sony          Model: D33021        Serial: 06503BBAV
Make: Mobile Mate   Model: N/A (1.0 GB)  Serial: BB0610AELB
Make: Staples       Model: H0622GX       Serial: N/A
Make: Staples       Model: H0622GX       Serial: N/A
```

2.  The above-listed property constitutes property used or intended to be used to commit a violation of 18 U.S.C. § 1029(a)(2).

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, United States Secret Service, in its secure custody and control.

4.  a.  Pursuant to 18 U.S.C. §§ 1028(g) and 1029(c)(2), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Department of Homeland Security, United States Secret Service's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a

substitute for published notice as to those persons so notified.

         b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 1028(b)(5) in which all interests will be addressed.

Dated:  February 29, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge